UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wolfe et al.,

Plaintiffs,

v.

S-B Power Tool Co.,

Defendant.

Civil No. 01-2368 JRT/FLN

**ORDER**

---

Eric Braaten, Esq., for Plaintiff.
Patrick Robben, Esq., for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on July 30, 2002, on Counsel's Motion to Withdraw [#7].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Counsel's Motion to Withdraw [#7] is **GRANTED** as follows:

1. Plaintiffs are hereby ordered to retain new counsel on or before August 19, 2002. New counsel shall meet with defense counsel, Mr. Robben, and both Parties shall contact this Court regarding any adjustments to the Pretrial Schedule on or before September 1, 2002;

2. Alternatively, in the event that Plaintiffs are unable to retain new counsel or new counsel fails to enter an appearance on or before August 19, 2002, Mr. Robben will contact Plaintiffs directly and this Court will assume that Plaintiffs are unrepresented and will continue to be so. The Parties will then contact the Court by September 1, 2002, about scheduling a case management conference.

DATED: Aug 5, 2002.

FRANKLIN L. NOEL
UNITED STATES MAGISTRATE JUDGE

FILED 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK