UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jerry K. Wolfe and Jeanie Wolfe,

Plaintiffs,

v.

Skil Corporation,

Defendant.

Civil 01-2368 JRT/FLN

REPORT & RECOMMENDATION

---

**BACKGROUND**

The above referenced case was removed from State Court to this Court on December 21, 2001. Thereafter, the Court granted the motion of plaintiffs' counsel to withdraw. Plaintiffs failed to retain new counsel and have now notified the Court by letter dated October 27, 2002, that they wish to "drop the case against Skil." The Court will treat Plaintiffs' letter as a motion to dismiss under Rule 41(a)(2). As the Defendant has answered, such a dismissal can only be accomplished by order of the Court and upon such terms and conditions as the Court deems appropriate.

The Court recommends that the Plaintiffs' motion to dismiss be granted, and that the dismissal be without prejudice, provided that if the same claim is filed again, Plaintiffs shall reimburse Defendant for the costs and attorney's fees incurred in this action before being permitted to proceed in a new action.

**RECOMMENDATION**

IT IS HEREBY RECOMMENDED that the complaint herein be dismissed without



OCT 31 2002

prejudice, provided that if a new claim is filed by the Plaintiffs against Defendant, the Plaintiffs shall reimburse Defendant for the costs and attorney's fees incurred in this case before being permitted to proceed in the new case.

DATED: Oct. 30, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this report and recommendation by filing with the Clerk of Court and serving all parties, within ten days after being served with a copy thereof, written objections which specifically identify the portions of the proposed findings, recommendations or report to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made.