UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jerry K. Wolfe and Jeanie Wolfe,

Plaintiff,

v.

Skil Corporation,

Defendants.

Civil 01-2368 JRT/FLN

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 30, 2002, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that the complaint herein is dismissed without prejudice, provided that if a new claim is filed by the Plaintiffs against Defendant, the Plaintiffs shall reimburse Defendant for the costs and attorney's fees incurred in this case before being permitted to proceed in the new case..

DATED: Nov 25, 2002.

JUDGE JOHN R. TUNHEIM
United States District Court

FILED NOV 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD NOV 25 2002
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.